## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATHAN M.F. CHARLES, Esq., | |
| Plaintiff, | CIVIL ACTION NO. 1:21-cv-01549 |
| v. | (WILSON, J.) <br> (SAPORITO, M.J.) |
| PAUL J. MIOVAS, Esq., | |
| Defendant. | |

## ORDER

AND NOW, this __18th__ day of March, 2022, **IT IS HEREBY ORDERED THAT** all discovery in this case shall be **TEMPORARILY STAYED** and held in abeyance pending a ruling on the defendant's motion to stay discovery (Doc. 22).

*/s/ Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge
